**VICTOR S. RICE and VICTOR S. RICE, JR., v. LYDIA GERLACH, et al.**

23 So. (2nd) 626                   June Term, 1945
October 26, 1945                     Division A

*McMullen & Draper,* for appellants.
*Emmett Donnelly,* for appellees.

PER CURIAM:

All questions on this appeal boil down to whether the evidence is sufficient to sustain the decree appealed from. We have examined the record and find no reason to disturb the decree.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.